FILED

May 26, 2010

CLERK, US DISTRICT COURT,
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )          Case No. 2:10-MJ-0149-EFB
)
v. )          ORDER FOR RELEASE OF
)          PERSON IN CUSTODY
BENJAMIN GONZALES RODRIGUEZ, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BENJAMIN GONZALES RODRIGUEZ, Case

No. 2:10-MJ-0149-EFB, Charge Title 21 USC § 841(a)(1), from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

X   Bail Posted in the Sum of $___100,000___

_X_   Unsecured Appearance Bond co-signed by defendant and four others.

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other)   Pretrial Services Supervision of Conditions of release.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _May 26, 2010_ at _2:15_ pm .

By _____

Dale A. Drozd
United States Magistrate Judge