BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BENJAMIN GONZALES RODRIQUEZ, ) <br> ) <br> Defendant. ) <br> _____) | Mag. No. 2:10-mj-00149 EFB <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Benjamin Gonzales RODRIQUEZ, by and through his counsel Jan Karowsky, Esq., that good cause exists to extend the preliminary hearing currently set for June 7, 2010, at 2:00 p.m. to July 12, 2010, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because extensive discovery will be provided to the defense and a draft plea agreement prior to the next preliminary hearing date. The government and defendant believe a resolution can be reached in his case and such a pre-

1

1 indictment resolution of the case would benefit the defendant.  As a
2 result, the defendant agrees that a continuance of the preliminary
3 hearing date will not prejudice the defendant because a pre-
4 indictment resolution could result in overall sentencing exposure
5 that is significantly reduced for the defendant.  Counsel believe a
6 resolution on this case may occur if additional time to continue the
7 preliminary hearing is granted.

8    The parties stipulate that the ends of justice are served by
9 the Court excluding time from June 7, 2010, to July 12, 2010, so
10 that counsel for the defendant may have reasonable time necessary
11 for effective preparation, taking into account the exercise of due
12 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the
13 defense agrees that it needs additional time to continue discussions
14 with the government regarding resolution of the case against this
15 defendant, reviewing the voluminous discovery in the case,
16 effectively evaluate the posture of the case and potentially prepare
17 for trial, and conduct further investigation into mitigation of the
18 defendant's federal sentencing exposure in this case.  <u>Id.</u>  For
19 these reasons, the defendant, defense counsel, and the government
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  stipulate and agree that the interests of justice are served by
2  granting this continuance outweigh the best interests of the public
3  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A);
4  Local Code T4.

6  DATED: June 4, 2010           /s/Jason Hitt
                                 JASON HITT
7                                Assistant U.S. Attorney

8  DATED: June 4, 2010           /s/Jason Hitt for Mr. Karowsky
                                 JAN KAROWSKY, ESQ.
9                                Counsel for defendant Benjamin
                                 GONZALES RODRIQUEZ
10                               Authorized to sign for Mr.
                                 Karowsky on 06-03-10

3

1    Based upon the representations by counsel and the stipulation
2 of the parties, **IT IS HEREBY ORDERED** that:
3    1.   The Court finds good cause to extend the Preliminary
4 Hearing currently set for June 7, 2010, to July 12, 2010, at 2:00
5 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);
6    2.   Based upon the representations and stipulation of the
7 parties, the court finds that the time exclusion under 18 U.S.C.
8 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of
9 justice outweigh the best interest of the public and the defendants
10 in a speedy trial based upon the factors set forth in 18 U.S.C.
11 § 3161(h)(7)(B)(iv).  Accordingly, time under the Speedy Trial Act
12 shall be excluded from June 7, 2010, up to and including July 12,
13 2010.
14    **IT IS SO ORDERED.**
15 DATE:  June 4, 2010.

_____
U.S. MAGISTRATE JUDGE