1  **JAN DAVID KAROWSKY**
   Attorney at Law
2  A Professional Corporation
   California State Bar Number 53854
3  716 19th Street, Suite 100
   Sacramento, CA 95811-1767
4  (916) 447-1134
   (916) 448-0265 (Fax)
5
   Attorney for Defendant
6  Benjamin Gonzales Rodriquez

7              **UNITED STATES DISTRICT COURT**

8          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 United States of America,              ) Mag. No. 2:10-mj-00149-EFB
                                          )
11           Plaintiff,                   )
                                          ) **STIPULATION AND ORDER TO**
12      vs.                               ) **CONTINUE PRELIMINARY HEARING**
                                          ) **AND EXCLUSION OF TIME**
13 Benjamin Gonzales Rodriquez,           )
                                          )
14           Defendant                    )
                                          )
15                                        ) DATE:  April 1, 2011
                                          ) TIME:  2:00 p.m.
16                                        ) JUDGE: Hon. Gregory G. Hollows
                                          )
17                                        )
                                          )
18 _____

19      IT IS HEREBY STIPULATED by and between Assistant United State Attorney Jason

20 Hitt, counsel for the plaintiff, United States of America, and defendant, Benjamin Gonzales

21 Rodriquez, by and through his counsel, Jan David Karowsky, Esq., that good cause continues to

22 exist to extend the preliminary hearing currently set for April 1, 2011 at 2:00 p.m. to June 6,

23 2011 at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure, Rule 5.1(d).

24      Good cause continues to exist to extend the time for the Preliminary hearing within the

25 meaning of Rule 5.1(d).

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because the entirety of the extensive discovery will be provided to the defense and a draft plea agreement prior to the next preliminary hearing date.  The government and the defendant believe a resolution can be reached in this case and such a pre-indictment resolution of the case would benefit the defendant.  As a result, the defendant agrees that a continuance of the preliminary hearing date will not prejudice the defendant because a pre-indictment resolution could result in overall sentencing exposure that is significantly reduced for the defendant. Counsel believe a resolution on this case may occur if additional time to continue the preliminary hearing is granted.

The parties stipulate that the ends of justice are served by the Court excluding time from April 1, 2011 to June 6, 2011, so that counsel for the defendant may have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161 (h) (7) (b) (iv).  Specifically, the defense agrees that it needs even more time to continue discussions with the government regarding resolution of the case against this defendant, to review the voluminous discovery in the case, to effectively evaluate the posture of the case and potentially prepare for trial, and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case.  Id.  For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h) (7) (A); Local Code T4.

**IT IS SO STIPULATED.**

```
DATED:       March 28, 2011             BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Jason Hitt, Esq. by
                                        by Jan David Karowsky w/
                                        Mr. Hitt's's approval

                                by
                                        Jason Hitt
                                        Assistant U.S. Attorney
                                        by Jan David Karowsky


DATED:       March 28, 2011             JAN DAVID KAROWSKY
                                        Attorney at Law
                                        A Professional Corporation

                                        /s/ Jan David Karowsky, Esq.

                                by
                                        JAN DAVID KAROWSKY
                                        Attorney for Defendant
                                        Benjamin Gonzales Rodriquez
```

Based upon the representations of counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for April 1, 2011 to June 6, 2011, pursuant to Federal Rule of Criminal Procedure, Rule 5.1(d);

2. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161 (h) (7) (A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant's in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161 (h) (7) (B)

      (iv). Accordingly, time under the Speedy Trial Act shall be excluded from April 1, 2011 to and including June 6, 2011.

**IT IS SO ORDERED.**

Date:  March 28, 2011                  /s/ Gregory G. Hollows

                                           **GREGORY G. HOLLOWS**
                                           UNITED STATE MAGISTRATE JUDGE