**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Benjamin Gonzales Rodriquez

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Mag. No. 2:10-mj-00149-EFB |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE PRELIMINARY HEARING** |
| Benjamin Gonzales Rodriquez, | ) **AND EXCLUSION OF TIME** |
| Defendant | ) |
| | ) **DATE:   June 6, 2011** |
| | ) **TIME:    2:00 p.m.** |
| | ) **JUDGE: Hon. Kendall J. Newman** |

          IT IS HEREBY STIPULATED by and between Assistant United State Attorney Jason

Hitt, counsel for the plaintiff, United States of America, and defendant, Benjamin Gonzales

Rodriquez, by and through his counsel, Jan David Karowsky, Esq., that good cause continues to

exist to extend the preliminary hearing currently set for June 6, 2011 at 2:00 p.m. to June 23,

2011 at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure, Rule 5.1(d).

          Good cause continues to exist to extend the time for the Preliminary hearing within the

meaning of Rule 5.1(d).

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because the entirety of the extensive discovery will be provided to the defense and a draft plea agreement prior to the next preliminary hearing date.  The government and the defendant believe a resolution can be reached in this case and such a pre-indictment resolution of the case would benefit the defendant.  As a result, the defendant agrees that a continuance of the preliminary hearing date will not prejudice the defendant because a pre-indictment resolution could result in overall sentencing exposure that is significantly reduced for the defendant. Counsel believe a resolution on this case may occur if additional time to continue the preliminary hearing is granted.

The parties stipulate that the ends of justice are served by the Court excluding time from June 6, 2011 to June 23, 2011, so that counsel for the defendant may have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161 (h) (7) (b) (iv).  Specifically, the defense agrees that it needs even more time to continue discussions with the government regarding resolution of the case against this defendant, to review the voluminous discovery in the case, to effectively evaluate the posture of the case and potentially prepare for trial, and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case.  Id.  For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h) (7) (A); Local Code T4.

**IT IS SO STIPULATED.**

DATED:       June 6, 2011                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Jason Hitt, Esq. by
                                             by Jan David Karowsky w/
                                             Mr. Hitt's's approval

                               by
                                             Jason Hitt
                                             Assistant U.S. Attorney
                                             by Jan David Karowsky


DATED:       June 6, 2011                    JAN DAVID KAROWSKY
                                             Attorney at Law
                                             A Professional Corporation

                                             /s/ Jan David Karowsky, Esq.

                               by
                                             JAN DAVID KAROWSKY
                                             Attorney for Defendant
                                             Benjamin Gonzales Rodriquez


    Based upon the representations of counsel and the stipulation of the parties, **IT IS**

**HEREBY ORDERED** that:

    1.  The Court finds good cause to extend the Preliminary Hearing currently set for

June 6, 2011 to June 23, 2011 pursuant to Federal Rule of Criminal Procedure,

Rule 5.1(d);

    2.  Based upon the representations and stipulation of the parties, the Court finds that

the time exclusion under 18 U.S.C. § 3161 (h) (7) (A) and Local Code T4 applies

and the ends of justice outweigh the best interest of the public and the defendant's

in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161 (h) (7) (B)

(iv).  Accordingly, time under the Speedy Trial Act shall be excluded from June 6, 2011 to and including June 23, 2011.

**IT IS SO ORDERED.**

**DATED:  June 6, 2011**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE