```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 2:10-mj-00149 EFB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING PRELIMINARY |
| v. ) | HEARING AND EXCLUDING TIME |
| ) | |
| BENJAMIN GONZALES RODRIQUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Benjamin Gonzales RODRIQUEZ, by and through his counsel Jan Karowsky, Esq., that good cause exists to extend the preliminary hearing currently set for February 8, 2012, at 2:00 p.m. to March 21, 2012, pursuant to Federal Rule of Criminal Procedure 5.1(d).

   Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the parties are finalizing plea negotiations and expect that a guilty plea will be entered prior to the next-requested date of March 21, 2012.  In the intervening time, the parties will be negotiating the terms of the

1

plea agreement and the defendant has requested some additional discovery related to the investigation. The government has produced some responsive documents, but additional discovery is being obtained for the defendant prior to his anticipated entry of plea. As a result, the defendant agrees that a continuance of the preliminary hearing date will not prejudice the defendant because a pre-indictment resolution could result in overall sentencing exposure that is significantly reduced for the defendant. Counsel believe a resolution on this case will occur if additional time to continue the preliminary hearing is granted.

The parties stipulate that the ends of justice are served by the Court excluding time from February 8, 2012, to March 21, 2012, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defense agrees that it needs additional time to continue discussions with the government regarding resolution of the case against this defendant, review the forthcoming discovery in the case, effectively evaluate the posture of the case and potentially prepare for trial, and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case. Id. For these reasons, the defendant, defense counsel, and the government stipulate and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: February 7, 2012        /s/Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney

DATED: February 7, 2012        /s/Jason Hitt for Mr. Karowsky
                               JAN KAROWSKY, ESQ.
                               Counsel for defendant Benjamin
                               GONZALES RODRIQUEZ
                               Authorized to sign for Mr.
                               Karowsky on 02-07-12

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1.   The Court finds good cause to extend the Preliminary Hearing currently set for February 8, 2012, to March 21, 2012, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2.   Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from February 8, 2012, up to and including March 21, 2012.

**IT IS SO ORDERED**.

DATED:   February 7, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE